## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>    v.<br><br>FERNANDO TELLO,<br><br>                  Defendant. | No.  1:22-mj-00005 SKO<br><br>**DETENTION ORDER**<br>(Violation of Supervised Release ) |

The defendant having been arrested for alleged violation(s) of the terms and conditions of supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

[ ]   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

[X]   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

[X]   The defendant is to be transported to the Southern District of California – San Diego Division as soon as practicable.

This finding is based on the reasons stated on the record.

IT IS SO ORDERED.

Dated:   __**January 6, 2022**__          _____/s/ *Sheila K. Oberto*_____
                                          UNITED STATES MAGISTRATE JUDGE